```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                       EASTERN DIVISION
```

SLOT-A-LOT ENTERTAINMENT, INC.   )
and HOWARD E. BAILEY, JR.,       )
                                 )
            Plaintiffs,           )
                                 )
      vs.                        )     No. 4:05CV43-DJS
                                 )
THE SHERIDAN TAYLOR GROUP and    )
ENTERTAINMENT CALENDARS, INC.,   )
                                 )
            Defendants.           )

### ORDER

In light of plaintiffs' response to the Court's order of May 17, 2005, reflecting diligent efforts at obtaining either service of process or waivers of service, plaintiffs will be granted an additional extension of time under Fed.R.Civ.P. 4(m). Accordingly,

**IT IS HEREBY ORDERED**, pursuant to Fed.R.Civ.P. 4(m), that the time for service of process or waiver of service is extended through **June 20, 2005**. By that date, if proof of service or waivers of service are not on file for both defendants, plaintiffs shall show cause why any unserved defendant should not be dismissed without prejudice for lack of timely service. If such a showing is attempted, it shall provide dates in detailing the chronology of plaintiffs' efforts concerning service.

Dated this  2nd  day of June, 2005.

                              /s/ Donald J. Stohr
                              UNITED STATES DISTRICT JUDGE